**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASCELLAHEALTH, LLC** <br><br> *Plaintiff* <br><br> **v.** <br><br> **MICHAEL BALDZICKI** <br><br> *Defendant* | **Civil Action No. 2:23-cv-03402-HB** |

### UNOPPOSED MOTION TO ADMIT SEAN L. McGRANE *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.5.2(b), Peter H. LeVan, Jr., counsel for Defendant Michael Baldzicki hereby moves for the admission *pro hac vice* of Sean L. McGrane, and in support thereof avers as follows:

1.  Mr. McGrane is a partner with the firm of Squire Patton Boggs (US) LLP in Cleveland, Ohio. Mr. McGrane's contact information is as follows:

> Sean L. McGrane
> Squire Patton Boggs (US) LLP
> 1000 Key Tower
> 127 Public Square
> Cleveland, Ohio 44114
> 216.479.8538
> sean.mcgrane@squirepb.com

2.  Mr. McGrane is a member in good standing of the bar of the State of New York, where he was admitted in 2011, and of the bar of the State of Ohio, where he was admitted in 2013.

3.  Mr. McGrane is also admitted to practice in the following federal jurisdictions: United States Court of Appeals for the Second Circuit (April 18, 2017); United States Court of Appeals for the Sixth Circuit (January 28, 2022); United States Court of Appeals for the Eighth Circuit (April 10, 2017); United States District Court for the Southern District of New York

(January 1, 2012); United States District Court for the Northern District of Ohio (May 16, 2014); and the United States District Court for the Southern District of Ohio (August 24, 2017).

4.      No disciplinary or other proceedings are pending against Mr. McGrane, and no such proceedings have ever been brought.

5.      Mr. McGrane represents the defendant in connection with this matter and is familiar with the relevant facts and issues of the dispute. *See* Declaration of Mr. McGrane, which is filed herewith.

6.      The fee required by Local Rule of Civil Procedure 83.5.2(b) will be paid in connection with this filing.

7.      The efficient administration, prosecution and resolution of this case will be materially advanced by the admission *pro hac vice* of Mr. McGrane.

9.      Plaintiff does not oppose the pro hac vice admission of Mr. McGrane.

WHEREFORE, undersigned counsel for the Defendant Michael Baldzicki respectfully requests that this Court enter an Order in the form attached hereto admitting Mr. Christopher W. Hunt pro hac vice for all purposes in this case.

DATED: September 19, 2023          **LeVAN STAPLETON SEGAL COCHRAN LLC**

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr. (PA ID 83456)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.561.1500
plevan@levanstapleton.com

*Attorneys for Defendant Michael Baldzicki*

2

## CERTIFICATE OF SERVICE

I certify that on this day I caused a true and correct copy of the foregoing Unopposed *Motion to Admit Sean L. McGrane* Pro Hac Vice, along with the supporting declaration and proposed order, to be filed using the Court's Electronic Filing System ("ECF System"). The documents are available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

Dated: September 19, 2023                **LeVAN STAPLETON SEGAL COCHRAN LLC**

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.