**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASCELLAHEALTH, LLC** | |
| *Plaintiff* | **Civil Action No. 2:23-cv-03402-HB** |
| **v.** | |
| **MICHAEL BALDZICKI** | |
| *Defendant* | |

**DECLARATION OF SEAN L. McGRANE**

I, SEAN L. McGRANE, pursuant to 28 U.S.C. § 1746, herby declare under penalty of perjury that:

1.    I am a partner with the firm of Squire Patton Boggs (US) LLP in Cleveland, Ohio.

2.    I am a member in good standing of the bar of the State of New York, where I was admitted in 2011, and of the bar of the State of Ohio, where I was admitted in 2013.

3.    I am also admitted to practice in the following federal jurisdictions: United States Court of Appeals for the Second Circuit (April 18, 2017); United States Court of Appeals for the Sixth Circuit (January 28, 2022); United States Court of Appeals for the Eighth Circuit (April 10, 2017); United States District Court for the Southern District of New York (January 1, 2012); United States District Court for the Northern District of Ohio (May 16, 2014); and the United States District Court for the Southern District of Ohio (August 24, 2017).

4.    I am not now, nor have I ever been, the subject of any disciplinary action, suspension, or disbarment by any court.

5.    I seek to be admitted *pro hac vice* in this action pursuant to Local Rule of Civil Procedure 83.5.2(b).

2

6.    If admitted *pro hac vice*, I will comply with and be bound by all applicable statutes, case law and procedural rules, including the Pennsylvania Rules of Professional Conduct.

7.    I represent Mr. Baldzicki in connection with this matter and I am familiar with the relevant facts and issues of the dispute.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

DATED: September 19, 2023                         */s/ Sean L. McGrane*
                                                  Sean L. McGrane