**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASCELLAHEALTH, LLC** | |
| *Plaintiff* | **Civil Action No. 2:23-cv-03402-HB** |
| **v.** | |
| **MICHAEL BALDZICKI** | |
| *Defendant* | |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the *Unopposed Motion to Admit Sean L. McGrane* Pro Hac Vice ("Motion"), along with any response thereto, it is hereby **ORDERED** that:

(1)    the Motion is **GRANTED**; and

(2)    pursuant to Local Rule of Civil Procedure 83.5.2(b), Sean L. McGrane is hereby **ADMITTED *PRO HAC VICE*** in this matter on behalf of Defendant Michael Baldzicki.

_____
HARVEY BARTLE III, Judge