**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ASCELLAHEALTH, LLC,

      Plaintiff,

      v.

MICHAEL BALDZICKI,

      Defendant.

Civil Action No. 2:23-cv-3402

## TEMPORARY CONSENT ORDER

IT IS HEREBY STIPULATED by and between Plaintiff AscellaHealth, LLC and Defendant Michael Baldzicki ("Defendant") as follows:

1. Defendant shall not use or disclose any trade secrets or confidential or proprietary information of AscellaHealth;

2. The time for Defendant to answer, move, or otherwise plead in response to AscellaHealth's Complaint is extended, and the time to respond is stayed, unless and until AscellaHealth notifies Defendant that the extension has ended and provides him 21 days to respond, or the Court otherwise orders Defendant to respond; and

3. Nothing in this Temporary Consent Order shall be construed as an admission by Defendant that he is or was wrongfully in the possession of trade secrets or confidential proprietary information of AscellaHealth, and Defendant does not waive and expressly retains all defenses that may be available to him, including defenses related to jurisdiction, venue, and arbitrability.

/s/Sean L. McGrane                          /s/William J. Leahy____
Sean L. McGrane                             William J. Leahy
                                            Alexa Laborda Nelson


*Attorney for Defendant*                    *Attorneys for Plaintiff*




APPROVED AND SO ORDERED THIS 18TH DAY OF OCTOBER, 2023.

                              BY THE COURT:


                               /s/ Harvey Bartle III
                              _____
                                                              J.