## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASCELLAHEALTH, LLC,

        Plaintiff,

  v.

MICHAEL BALDZICKI,

        Defendant.

Civil Action No. 2:23-cv-3402

### FINAL CONSENT ORDER AND STIPULATION OF DISMISSAL

The parties having entered into a confidential settlement agreement, IT IS HEREBY STIPULATED by and between Plaintiff AscellaHealth, LLC and Defendant Michael Baldzicki ("Defendant") as follows:

1. Defendant shall not use or disclose any trade secrets or confidential or proprietary information of AscellaHealth;

2. Nothing in this Final Consent Order shall be construed as an admission by any party; and

3. This case is DISMISSED WITH PREJUDICE, each side to bear its own costs.

/s/ Peter ("Tad") H. LeVan, Jr.
Peter ("Tad") H. LeVan, Jr.

*Attorney for Defendant*

/s/ William J. Leahy
William J. Leahy
Alexa Laborda Nelson

*Attorneys for Plaintiff*

APPROVED AND SO ORDERED THIS  1st   DAY OF    April          , 2024.

BY THE COURT:

/s/  Harvey Bartle III

                                                   J.